# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHRISTINE CARRILLO,**

              **Plaintiff,**

vs.                                                                           Civ. No. 19-00531 SMV

**ANDREW SAUL,**[1]
**Commissioner of the Social Security Administration,**

              **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through November 27, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through December 23, 2019 to serve his Response, and Plaintiff through January 20, 2020 to serve her Reply.

                                                                      _____
                                                                      HONORABLE STEPHAN M. VIDMAR
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul was confirmed as the Commissioner of Social Security on June 17, 2019.

Submitted and Approved By:

*/s/Laura J. Johnson*
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


Email Approval on November 22, 2019
Manuel Lucero AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax