# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHRISTINE CARRILLO,**
  **Plaintiff,**

  **vs.**              **CIV NO. 1:19-00531-SMV**

**ANDREW SAUL,**
**Commissioner of Social Security,**
  **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Motion to Reverse and Remand for Rehearing with Supporting Memorandum (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until February 26, 2020, to file a response and Plaintiff shall have until March 11, 2020, to file a reply.

SIGNED _January 24_, 2020.

                _____
                STEPHAN M. VIDMAR
                United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted 01/24/2020_
MELISSA SCHUENEMANN
Special Assistant United States Attorney

_Electronically approved 01/23/2020_
KATHERINE H. O'NEAL
Attorney for Plaintiff