# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHRISTINE CARRILLO,**
      **Plaintiff,**

      vs.                                   CIV NO. 1:19-00531-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time (Doc. 26) to file a response to Plaintiff's Motion to Reverse and Remand for Rehearing with Supporting Memorandum (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until March 27, 2020, to file a response and Plaintiff shall have until April 10, 2020, to file a reply.

SIGNED  _February 21_ , 2020.

                                                STEPHAN M. VIDMAR
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 02/20/2020*
MELISSA SCHUENEMANN
Special Assistant United States Attorney

*Electronically approved 02/18/2020*
KATHERINE H. O'NEAL
Attorney for Plaintiff